## WALL v. MACON, DUBLIN & SAVANNAH RAILROAD CO.

LUMPKIN, P. J. The verdict which the jury in the magistrate's court returned in favor of the defendant being amply supported by testimony, there was no error in overruling a certiorari sued out by the plaintiff on the grounds that the verdict was contrary to law and the evidence.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,—Decided June 11, 1902.

Certiorari. Before Judge Roberts. Twiggs superior court. September, 1901.

*Henry Bunn Wimberly*, for plaintiff.